UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARMON L. SANFORD, | ) | NO. CV 10-04153 DMG (SS) |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| MIKE McDONALD, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that: (1) Grounds One, Two, Three, and Four of the Petition are dismissed without prejudice; and (2) Respondent shall file an Answer to the remaining claim in the Petition (Ground Five) within thirty days.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

DATED: October 12, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE